AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (USAO rev. 12/20) ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of )
)
The premises located at ) Case No. 8:21-MJ-00043
)
16 Brittlestar Ln ) **NOTE CHANGES MADE BY THE COURT
Ladera Ranch, CA )
)
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A-4*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B-2.*

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

Date and time issued: _1/26/202 @ 12:30pm_  /s/ Autumn D. Spaeth
*Judge's signature*

City and state: Santa Ana, CA  Hon. Autumn D. Spaeth, U.S. Magistrate Judge
*Printed name and title*

AUSA: Paul C. LeBlanc 213-393-6933

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 8:21-MJ-00043 | Date and time warrant executed: 1/27/2021  0600 | Copy of warrant and inventory left with: 16 Brittlester Ln, Ladera Ranch, CA |

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

See attached Receipt for Property

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/29/2021

Executing officer's signature

SA Colin M. Dwyer, FBI
Printed name and title

FD-597 (Rev. 4-13-2015)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: 266T-LA-3372325

On (date) 01/27/2021

item (s) listed below were:
- [✓] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Russel Brian Taylor

(Street Address) 16 Brittlestar Lane

(City) Ladera Ranch, CA 92694

Description of Item (s):

1. Black Benchmade Knife with Sheath
2. Tactical Medical Bag
3. Tactical Backpack with Contents
4. Black Ipad inside Black Case with Stylus
5. Three IWatches
6. IMac Silver Laptop, Serial Number C02DF760MD6M in Gray Laptop Case with power cord
7. Baofeng Handheld Radio
8. Red Baseball Hat with American Flag and "Q" Pin
9. Black Smokey the Bear Shirt
10. Black Bullet Proof Vest with Knife Inside Black Backpack
11. Hardcore Hammers Axe with Red Handle
12. Black Ipad in Black Case
13. Three (3) Baofeng Radios with Chargers
14. Two (2) Camouflage Tactical Vests
15. Gold Iphone 12
16. Silver and White Iphone 12
17. Red Baseball Hat with OCSD Pin
18. Tactical Shovel

Received By: _[signature]_
(Signature)

Printed Name/Title: Kathleen Gridley / Special Agent

Received From: Not Present to Sign
(Signature)

Printed Name/Title: _____

FD-597 (Rev. 4-13-2015)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: 266T-LA-3372325

On (date): 01/27/2021

item(s) listed below were:
- [✓] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Russel Brian Taylor

(Street Address) 16 Brittlestar Lane

(City) Ladera Ranch, CA 92694

Description of Item(s):

19. Riot Mask

20. Tactical Medical Bag

Received By: _Kathleen_ (Signature)

Printed Name/Title: Kathleen Grimley / Special Agent

Received From: Not Present to Sign (Signature)

Printed Name/Title: N/A